# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAD JAMES HUSTON, <br><br> Defendant. | CR 15-42-GF-BMM <br><br><br><br> ORDER |

Upon the United States' unopposed motion to dismiss Count II of the Indictment, and for good cause shown,

It is ordered that Count II of the Indictment against Shad James Huston is dismissed.

DATED this 1st day of March, 2016.

Brian Morris
United States District Court Judge